IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-163-FDW-DCK

| | |
|---|---|
| LEGACY DATA ACCESS, INC., a Georgia corporation, and DIANNE M. PETERS, a Georgia resident, <br><br> Plaintiffs, <br><br> v. <br><br> CADRILLION, LLC, a North Carolina limited liability company, LEGACY DATA ACCESS, LLC, a North Carolina limited liability company and JAMES YUHAS, a North Carolina resident, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion To Extend Time To File And Serve Response Brief" (Document No. 20) filed July 23, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Motion To Extend Time To File And Serve Response Brief" (Document No. 20) is **DENIED**.

**SO ORDERED**.

Signed: July 24, 2015

David C. Keesler
United States Magistrate Judge