IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-163-FDW-DCK

| | |
|---|---|
| LEGACY DATA ACCESS, INC., and DIANNE M. PETERS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| CADRILLION, LLC; LEGACY DATA ACCESS, LLC; and JAMES YUHAS, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion To Extend Certain Pretrial Discovery Deadlines" (Document No. 36) filed October 30, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion, with modification.

Plaintiffs seek to extend multiple deadlines, including the dispositive motions deadline. (Document No. 36). Contrary to Plaintiffs' assertion, the proposed extensions would impact the final trial setting. (Document No. 36, p.3); see also (Document No. 15). Moreover, Defendants' "Brief In Opposition To Plaintiffs Motion To Extend Certain Pretrial Discovery Deadlines" (Document No. 37) indicates that "Defendants strongly object to extending any deadlines which would prolong this case any longer than necessary." (Document No. 37, p.4).

Based on the foregoing, the undersigned will grant the motion with modification, keeping the Dispositive Motions hearing and Trial Setting as scheduled. See (Document No. 15). Further extension of these deadlines is unlikely.

The undersigned notes that the "Case Management Order" requires discovery to be commenced or served in time to be *completed* by the discovery deadline. (Document No. 15, p.2). Absent a stipulated extension by the parties, this includes all discovery requests and depositions.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Motion To Extend Certain Pretrial Discovery Deadlines" (Document No. 36) is **GRANTED, with modification**. The case deadlines are revised as follows:

| | |
|---|---|
| Plaintiffs' Expert Reports | **December 15, 2015**; |
| Defendants' Expert Reports | **January 12, 2016**; |
| Discovery Completion | **February 5, 2016**; |
| Mediation Report | **February 12, 2016**; |
| Dispositive Motions | **February 19, 2016**. |

**SO ORDERED**.

Signed: November 5, 2015

David C. Keesler
United States Magistrate Judge