UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-cv-163-FDW-DCK

| | |
|---|---|
| LEGACY DATA ACCESS, INC., and DIANE M. PETERS, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CADRILLION, LLC, LEGACY DATA ACCESS, LLC, and JAMES YUHAS, )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER** is before the Court upon Defendants' Motion for Summary Judgment (Doc. No. 42) and Plaintiff's Motion for Partial Summary Judgment (Doc. No. 46). A hearing on the pending Motions was conducted before the undersigned on Wednesday, April 20, 2016, As explained in open Court, genuine disputes of material facts exist in this case.

IT IS, THEREFORE, ORDERED that Defendants' Motion (Doc. No. 42) and Plaintiff's Motion (Doc. No. 46) are **DENIED** in their entirety.

IT IS FURTHER ORDERED that each party shall submit to the Court a motion in limine detailing their position on the admissibility of pleadings from the "First Litigation" (Case. No. 3:15-cv-73) no later than the **close of business on Tuesday, April 26, 2016.** The word count for such motions shall not exceed 1,500 words. Response briefs are neither required nor permitted.

IT IS FURTHER ORDERED that all other pre-trial submissions for this case shall be filed no later than **8:00 p.m. on Sunday, May 1, 2016**.

IT IS FURTHER ORDERED that the parties attend docket call at **9:00 a.m. on Monday, May 2, 2016**, for the May 2016 Trial Term**.**

IT IS FURTHER ORDERED that the final pre-trial conference shall be conducted **at 9:00 a.m. on Tuesday, May 3, 2016** in Courtroom #1-1 of the Charles R. Jonas Federal Building. Jury selection shall commence immediately following the conclusion of the final pre-trial conference on **May 3, 2016.**

IT IS FURTHER ORDERED that the parties be prepared to begin trial of this case any time on or after **Tuesday, May 3, 2016.**

**IT IS SO ORDERED.**

Frank D. Whitney
Chief United States District Judge