UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-cv-163-FDW-DCK

| | |
|---|---|
| LEGACY DATA ACCESS, INC., and DIANE M. PETERS,<br><br>  Plaintiffs,<br><br>vs.<br><br>CADRILLION, LLC, LEGACY DATA ACCESS, LLC, and JAMES YUHAS,<br><br>  Defendants. | AMENDED NOTICE |

**TAKE NOTICE** that the punitive damages phase of this case is scheduled to be tried before a jury beginning **at 9:00 a.m. on Tuesday, October 4, 2016**, in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, 28202. Each side shall have ninety (90) minutes to present evidence on this issue.

**IT IS SO ORDERED.**

Signed: August 8, 2016

_____
Frank D. Whitney
Chief United States District Judge