# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| Dianne M. Peters | ) | JUDGMENT IN CASE |
| Legacy Data Access, Inc., | ) |  |
| Plaintiff(s), | ) | 3:15-cv-00163-FDW-DCK |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| James Yuhas | ) |  |
| Legacy Data Access, LLC |  |  |
| Cadrillion, LLC, |  |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court at Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's May 13, 2016 and October 4, 2016 Verdicts.

October 4, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court