IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| LEGACY DATA ACCESS, INC., a Georgia corporation, and DIANNE M. PETERS, a Georgia resident,<br><br>    Plaintiffs,<br><br>v.<br><br>CADRILLION, LLC, a North Carolina limited liability company, LEGACY DATA ACCESS, LLC, a North Carolina limited liability company, and JAMES YUHAS, a North Carolina resident,<br><br>    Defendants. | CIVIL ACTION NO. 3:15-CV-00163 |

**JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE REPLY BRIEFS**

  Plaintiffs Legacy Data Access, Inc. and Dianne M. Peters ("Plaintiffs") and Defendants Cadrillion, LLC and James Yuhas ("Defendants"), by and through undersigned counsel, jointly move the Court for an Order extending the deadline for them to file reply briefs in this action, as set forth in detail below. In support of this motion, the Parties show the Court as follows:

  1. On November 1, 2016, Plaintiffs filed Plaintiffs' Post-Trial Motions [Doc. # 94] and Defendants filed a Renewed Motion for Judgment as a Matter of Law [Doc. # 90] and a Motion to Amend the Judgment or, in the Alternative, Motion for New Trial [Doc. # 92] (collectively the "Post-Trial Motions").

  2. The deadline for each of the Parties to respectively file briefs in the response to the Post-Trial Motions (the "Response Briefs") is November 18, 2016, which the Parties anticipate will be timely filed.

{00279439 v 1 }1

Case 3:15-cv-00163-FDW-DCK   Document 98   Filed 11/17/16   Page 1 of 4

3. Therefore, the deadline for each of the Parties to file reply briefs regarding the Post-Trial Motions (the "Reply Briefs") will be Monday, November 28, 2016, which immediately follows Thanksgiving weekend.

4. Given the intervening holiday weekend, the Parties respectfully request an extension of four (4) days, through and including Friday, December 2, 2016, to properly evaluate the respective Response Briefs and adequately prepare and file the Reply Briefs.

5. The Parties have conferred and agree to this mutual extension of the deadline for each of the Parties to file their respective Reply Briefs.

6. This extension is sought in good faith and not for the sake of delay.

WHEREFORE, the Parties, jointly, respectfully request that the Court enter an Order extending their deadline to file their respective Reply Briefs to Friday, December 2, 2016.

Respectfully submitted, this, the 17th day of November, 2016.

        RAYBURN COOPER & DURHAM, P.A.

        By: /s/ G. Kirkland Hardymon_____
           G. Kirkland Hardymon
           N.C. State Bar No. 19055
           khardymon@rcdlaw.net
           Benjamin E. Shook
           N.C. State Bar No. 44793
           bshook@rcdlaw.net
           227 W. Trade St., Suite 1200
           Charlotte, NC 28202
           Tel. (704) 334-0891
           Fax (704) 377-1897

        *Attorneys for Defendants*

        JAMES, McELROY & DIEHL, P.A.

        By: /s/ John R. Buric_____
           John R. Buric
           N.C. State Bar No. 22688
           jburic@jmdlaw.com
           John S. Arrowood
           N.C. State Bar No. 10229
           Jon P. Carroll
           N.C. State Bar No. 33850
           jcarroll@jmdlaw.com
           John R. Brickley
           N.C. State Bar No. 41126
           Jbrickley@jmdlaw.com
           600 South College Street
           Suite 3000
           Charlotte, NC 28202
           Tel. (704) 372-9870
           Fax (704) 333-5508

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the **JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE REPLY BRIEFS** was served on this date upon the parties in this action by ECF electronic service as follows:

> John R. Buric
> jburic@jmdlaw.com
> John R. Brickley
> Jbrickley@jmdlaw.com
> Jon P. Carroll
> jcarroll@jmdlaw.com
> JAMES, McELROY & DIEHL, P.A.
> 600 South College Street
> Suite 3000
> Charlotte, NC 28202
>
> *Attorneys for Plaintiffs Legacy Data Access, Inc. and Dianne M. Peters*

This the 17th day of November, 2016.

/s/ G. Kirkland Hardymon_____
G. Kirkland Hardymon