IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:15-cv-00163

| | |
|---|---|
| LEGACY DATA ACCESS, INC., a Georgia corporation, and DIANNE M. PETERS, a Georgia resident, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CADRILLION, LLC, a North Carolina limited liability company, LEGACY DATA ACCESS, LLC, a North Carolina limited liability company, and JAMES YUHAS, a North Carolina resident, )<br><br>Defendants. ) | **ORDER** |

THIS MATTER IS BEFORE THE COURT on the Parties' "Joint Motion for Extension of Deadline to File Reply Briefs." (Doc. No. 98). Having carefully considered the Motion, the undersigned will grant the Motion.

IT IS, THEREFORE, ORDERED that the Parties' Joint Motion for Extension of Deadline to File Reply Briefs is GRANTED. The deadline for the Parties to file reply briefs in support of their respective post-trial motions [Docs. ## 90, 92, and 94] is hereby extended to Friday, December 2, 2016.

SO ORDERED.

Signed: November 18, 2016

Frank D. Whitney
Chief United States District Judge