UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00163-FDW-DCK

| | |
|---|---|
| LEGACY DATA ACCESS, INC., a Georgia corporation, and DIANNE M. PETERS, a Georgia resident, <br><br> Plaintiffs, <br><br> v. <br><br> CADRILLION, LLC, a North Carolina limited liability company, LEGACY DATA ACCESS, LLC, a North Carolina limited liability company, and JAMES YUHAS, a North Carolina resident, <br><br> Defendants. | AMENDED JUDGMENT |

Pursuant to the jury verdicts (Doc. Nos. 77, 85) and a review of the parties' supplemental briefs on the issues of pre- and post-judgment interest (Doc. Nos. 107, 108), for the reasons set forth in the Court's January 19, 2017, Order (Doc. No. 106), the Court hereby amends the Judgment in this case as follows:

1. Cadrillion is liable to Plaintiffs for breach of contract in the amount of $256,500;

2. Cadrillion and Mr. Yuhas are liable to Plaintiffs for conversion in the amount of $460,406;

3. To eliminate double recovery, Plaintiffs may not recover more than $460,406 total in compensatory damages for both claims of breach of contract and conversion;

4. Cadrillion and Mr. Yuhas are liable to Ms. Peters for punitive damages in the amount of $1,381,218 ($920,812 against Cadrillion and $460,406 against Mr. Yuhas);

5. Plaintiffs are entitled to $743,297 in attorneys' fees for which Cadrillion is liable;

1

6. Plaintiffs are entitled to prejudgment interest of:

    a. $2,979.69 for which Cadrillion is liable; and

    b. $54,290.07 for which Cadrillion and Mr. Yuhas are jointly and severally liable;

7. Plaintiffs are entitled to post-judgment interest of:

    a. $8.31 per day from October 4, 2016, until satisfied, for which Cadrillion and Mr. Yuhas are jointly and severally liable;

    b. $26.94 per day from October 4, 2016, until satisfied, for which Cadrillion is liable; and

    c. $7.44 per day from October 4, 2016, until satisfied, for which Mr. Yuhas is liable.

IT IS SO ORDERED.

Signed: February 7, 2017

Frank D. Whitney
Chief United States District Judge