UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00163-FDW

| | | |
|---|---|---|
| LEGACY DATA ACCESS, INC., a Georgia corporation, and DIANNE M. PETERS, a Georgia resident, | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| CADRILLON, LLC, a North Carolina limited liability company, LEGACY DATA ACCESS, LLC, a North Carolina limited liability company, and JAMES YUHAS, a North Carolina resident, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

TAKE NOTICE that a status conference between the parties will take place before the undersigned on **Monday, June 11, 2018, at 9:00 a.m**. in Courtroom #1-1 of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina, 28202.  This status conference is necessary in light of the Fourth Circuit's decision to reverse and remand for a new trial on damages for breach of contract.

IT IS SO ORDERED.

Signed: May 31, 2018

Frank D. Whitney
Chief United States District Judge

1