UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00163-FDW-DCK

| | |
|---|---|
| LEGACY DATA ACCESS, INC. and DIANNE M. PETERS, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CADRILLON, LLC, )<br>LEGACY DATA ACCESS, LLC, )<br>and JAMES YUHAS, )<br>)<br>Defendants. ) | ORDER |

TAKE NOTICE that a status conference between the parties will take place before the undersigned on **Wednesday, October 17, 2018, at 10:00 a.m.** in Courtroom #1-1 of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina, 28202. This status conference is necessary in light of the Fourth Circuit's decision to reverse and remand for a new trial on damages for breach of contract. The trial on damages will be set for the court's trial term beginning November 5, 2018.

IT IS SO ORDERED.

Signed: September 26, 2018

Frank D. Whitney
Chief United States District Judge

1