UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00163-FDW-DCK

| | | |
|---|---|---|
| LEGACY DATA ACCESS, INC. and DIANNE M. PETERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| CADRILLON, LLC, LEGACY DATA ACCESS, LLC, and JAMES YUHAS, | ) ) ) ) | |
| Defendants. | ) ) | |

This written order is intended to memorialize and revise this Court's oral orders given at the status conference held October 16, 2018 at 10:00AM. The trial for damages is set for the Court's mixed trial term beginning January 7, 2019. Parties are ordered to file pre-trial submissions by December 31, 2018.[1] Any motions *in limine* will be due by December 31, 2018, and responses to those motions will be due by January 3, 2019. Witnesses for trial should be subpoenaed by December 24, 2018.

IT IS SO ORDERED.

Signed: October 16, 2018

Frank D. Whitney
Chief United States District Judge

---

[1] At the status conference, the Court orally ordered that pretrial submissions were due two weeks before the trial term. However, the Court notes that these original deadlines would coincide with major holiday dates. Thus, the Court is adjusting those deadlines as specified in this order.