# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Legacy Data Access, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00163-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Cadrillion, LLC, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's January 24, 2019 Verdict.

January 25, 2019

Frank G. Johns, Clerk
United States District Court