UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00163-FDW-DCK

| | |
|---|---|
| LEGACY DATA ACCESS, INC. and DIANNE M. PETERS, <br><br>   Plaintiffs, <br><br> vs. <br><br> CADRILLION, LLC, LEGACY DATA ACCESS, LLC, and JAMES YUHAS, <br><br>   Defendants. | ORDER |

This written order is intended to memorialize this Court's oral orders governing post-trial motions. Parties will have twenty-eight (28) days from the date of entry of this order to file any post-trial motions that they wish to make, including motions regarding attorney fees. Upon the filing of such a motion, the opposing party will have fourteen (14) days to respond to the motion.

IT IS SO ORDERED.

Signed: January 24, 2019

Frank D. Whitney
Chief United States District Judge