UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-00163-FDW-DCK

| | |
|---|---|
| DIANNE M. PETERS<br>LEGACY DATA ACCESS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES YUHAS<br>LEGACY DATA ACCESS, LLC<br>CADRILLION, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THIS MATTER is before the Court *sua sponte* to order supplemental briefing. The Court notes that Plaintiffs are seeking a total award of $1,404,715.50 in attorney fees. (Doc. No. 191). The Court hereby orders Plaintiffs to file, within seven (7) days of this order's entry, a supplemental briefing containing the following calculations: 1) the total amount of attorney fees incurred by Plaintiffs between February 8, 2017 and May 3, 2018, and 2) the total amount of attorney fees incurred by Plaintiffs after May 4, 2018.

Upon Plaintiffs' filing of the supplemental briefing, Defendants will have seven (7) days to file a response. After the filing of Defendants' response, Plaintiffs will have seven (7) days to file a reply. **All briefings, responses, or replies should only address the mathematical validity of Plaintiffs' proffered calculations and should include no argument on whether such fees are reasonable and should ultimately be awarded.**

IT IS SO ORDERED.

Signed: July 16, 2019

Frank D. Whitney
Chief United States District Judge